## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY L GRIFFIN #57105510** | **CIVIL ACTION NO. 23-cv-1143** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S MARSHAL ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 65] previously filed herein, having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States' Motion to Dismiss [Doc. No. 55] is **GRANTED** and that all claims against the United States Marshal, the United States Marshals Service, U.S. Marshal John Doe 1, and U.S. Marshal John Doe 2 are **DISMISSED**.

**MONROE, LOUISIANA**, this the 19th day of March 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**