# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY L GRIFFIN #57105-510 | CIVIL ACTION NO. 23-cv-1143 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| U S MARSHAL ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Supplemental Report and Recommendation of the Magistrate Judge [Doc. No. 78] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 55] filed by the United States is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** as to all claims against the United States Marshal and the United States Marshals Service, and the motion is **DENIED WITHOUT PREJUDICE** as to claims against the unknown John Doe deputy marshals to reasserting any applicable defenses if Plaintiff succeeds in naming the actual deputy marshals as defendants.

**MONROE, LOUISIANA**, this 6th day of May 2025.

_____
**TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT**